# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

JONATHAN ANTONIO WOODS                                    PETITIONER
ADC #162833

v.                                4:19CV00707-JM-JJV

DEXTER PAYNE, Director,
Arkansas Division of Correction                                     RESPONDENT

## **JUDGMENT**

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED.

Dated this 28th day of May, 2020.

_____
JAMES M. MOODY, JR.
UNITED STATES DISTRICT JUDGE